# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: XYZ Corporation v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

Case Number: 1:21-CV-00386

An appearance is hereby filed by the undersigned as attorney for:

XYZ Corporation

Attorney name (type or print): Ann Marie Sullivan

Firm: AM Sullivan Law, LLC

Street Address: 1440 W. Taylor St., Ste. 515

City/State/Zip: Chicago, Illinois 60607

Bar ID Number: 6325887
(See item 3 in instructions)

Telephone Number: 224-258-9378

Email Address: ams@amsullivanlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ✔ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on       January 22, 2021

Attorney Signature:    S/ Ann Marie Sullivan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015