**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO. 1:21-CV-00386 <br><br> **FILED UNDER SEAL** |

# EXHIBIT 2 TO THE COMPLAINT

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 2**  COPYRIGHT REGISTRATIONS

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [1] | PJ Masks. | PJ Masks : 101, Catboy's Cloudy Crisis/Blame It on the Train, Owlette. | PA0002021147 | 2015 |
| [2] | PJ Masks. | PJ Masks : 102, Owlette and the Flash Flip Trip/Catboy and the Pogo Dozer. | PA0002014749 | 2015 |
| [3] | PJ Masks. | PJ Masks : 103, Gekko and the Super Ninjalinos. | PA0002013476 | 2015 |
| [4] | PJ Masks. | PJ Masks : 104, Catboy and the Shrinker/Owlette and the Moon-ball. | PA0002014748 | 2015 |
| [5] | PJ Masks. | PJ Masks : 105, Gekko Saves Christmas/Gekko's Nice Ice Plan. | PA0002014750 | 2015 |
| [6] | PJ Masks. | PJ Masks : 106, Catboy and the Butterfly Brigade/Owlette | PA0002014754 | 2015 |
| [7] | PJ Masks. | PJ Masks : 107, Speak Up, Gekko!/Catboy and Master Fang's Sword. | PA0002014752 | 2015 |
| [8] | PJ Masks. | PJ Masks : 108, Catboy vs. Robo-Cat/Owlette and the Giving Owl. | PA0002014753 | 2015 |
| [9] | PJ Masks. | PJ Masks : 109. | PA0002014704 | 2015 |
| [10] | PJ Masks. | PJ Masks : 110, Looking After Gekko/Catboy and the Teeny Weeny Ninjalino. | PA0002014711 | 2015 |
| [11] | PJ Masks. | PJ Masks : 111, Catboy's Tricky Ticket/Gekko and the Missing Gekko/Mobile. | PA0002014713 | 2015 |
| [12] | PJ Masks. | PJ Masks : 112, Catboy's Flying Fiasco/Gekko's Stay-at-Home-Sneezes. | PA0002014717 | 2015 |
| [13] | PJ Masks. | PJ Masks : 113, Gekko and the Mighty Moon Problem/Clumsy Catboy. | PA0002014719 | 2015 |
| [14] | PJ Masks. | PJ Masks : 115, Owlette and the Battling Headquarters/Gekko and the Mayhem at the Museum. | PA0002014732 | 2015 |
| [15] | PJ Masks. | PJ Masks : 116. | PA0002014559 | 2015 |
| [16] | PJ Masks. | PJ Masks : 117, Gekko Floats/Catboy's Two Wheeled Wonder. | PA0002014739 | 2016 |
| [17] | PJ Masks. | PJ Masks : 118, Catboy's Great Gig/Owlette's New Move. | PA0002014745 | 2016 |
| [18] | PJ Masks. | PJ Masks : 119, Supersonic Owlette/Catboy and the Sticky Splat Slingshot. | PA0002014742 | 2016 |
| [19] | PJ Masks. | PJ Masks : 120, Owlette of a Kind/Beat that Drum, Catboy. | PA0002014744 | 2016 |
| [20] | PJ Masks. | PJ Masks : 121, Catboy Squared/Gekko's Super Gekko Sense. | PA0002014721 | 2016 |
| [21] | PJ Masks. | PJ Masks, Gekko and the Mighty Moon Problem/Owlette's Feathered Friend. | PA0002014723 | 2015 |
| [22] | PJ Masks- "Catboy" (2d Character Illustration) | PJ Masks- "Catboy" (2d Character Illustration) | VA0002012133 | 2015 |
| [23] | PJ Masks- "Catboy", "Gekko", "Owlette", "Luna Girl", "Romeo", "Night Ninja", "Ninjalinos" (2d Group Shot Character Illustration) | PJ Masks- "Catboy", "Gekko", "Owlette", "Luna Girl", "Romeo", "Night Ninja", "Ninjalinos" (2d Group Shot Character Illustration) | VA0002022908 | 2015 |
| [24] | PJ Masks- "Gekko" (2d Character Illustration) | PJ Masks- "Gekko" (2d Character Illustration) | VA0002012134 | 2015 |
| [25] | PJ Masks- "Luna Girl" (2d Character Illustration) | PJ Masks- "Luna Girl" (2d Character Illustration) | VA0002012135 | 2015 |
| [26] | PJ Masks- "Night Ninja" (2d Character Illustration) | PJ Masks- "Night Ninja" (2d Character Illustration) | VA0002012131 | 2015 |
| [27] | PJ Masks- "Ninjalinos" (2d Character Illustration) | PJ Masks- "Ninjalinos" (2d Character Illustration) | VA0002012138 | 2015 |
| [28] | PJ Masks- "Owlette" (2d Character Illustration) | PJ Masks- "Owlette" (2d Character Illustration) | VA0002012136 | 2015 |
| [29] | PJ Masks- "Romeo" (2d Character Illustration) | PJ Masks- "Romeo" (2d Character Illustration) | VA0002012137 | 2015 |