UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CIVIL CASE NO.: 1:21-CV-00386 <br><br> **FILED UNDER SEAL** |

## SCHEDULE A TO COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | IM Store | www.aliexpress.com/store/5800915 |
| 2 | Torkspin Store | www.aliexpress.com/store/5573051 |
| 3 | Karnas Shop Store | karnas.aliexpress.com/store/5589381 |
| 4 | Looking up to the high end Store | www.aliexpress.com/store/5240187 |
| 5 | netyakala Store | www.aliexpress.com/store/910562225 |
| 6 | PartiniSec Store | www.aliexpress.com/store/5430170 |
| 7 | Shop5488121 Store | www.aliexpress.com/store/5488121 |
| 8 | Shop5625291 Store | www.aliexpress.com/store/feedback-score/5625291 |
| 9 | Shop910331267 Store | www.aliexpress.com/store/910331267 |
| 10 | ZorluteksHome Store | www.aliexpress.com/store/5112136 |
| 11 | Sgxnove | www.amazon.com/s?me=A64ZXMI8RD4WP |
| 12 | NuGeri AZ | www.amazon.com/s?me=A1DGB2UKH53DD |
| 13 | NB Party | www.amazon.com/s?me=A3RGJOYQTHEMJK |
| 14 | marvelpicture | www.ebay.com/usr/marvelpicture |
| 15 | vadyaincorporated | www.ebay.com/usr/vadyaincorporated |
| 16 | TheCanvasArtStore | www.etsy.com/shop/TheCanvasArtStore |
| 17 | TopBoutiqueStore | www.etsy.com/shop/TopBoutiqueStore |
| 18 | VibrantOwl | www.etsy.com/shop/VibrantOwl |
| 19 | WildWillowCollection | www.etsy.com/shop/WildWillowCollection |
| 20 | 3DprintingworldUK | www.etsy.com/shop/3DprintingworldUK |
| 21 | Alittletouchofprint | www.etsy.com/shop/Alittletouchofprint |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 22 | BewitchingPrintsCo | www.etsy.com/shop/BewitchingPrintsCo |
| 23 | BHAPPYparty | www.etsy.com/uk/shop/BHAPPYparty |
| 24 | BlackDoveCo | www.etsy.com/shop/BlackDoveCo |
| 25 | Bluediamondprints | www.etsy.com/shop/Bluediamondprints |
| 26 | BOARAShop | www.etsy.com/shop/BOARAShop |
| 27 | BogdanDesign | www.etsy.com/shop/BogdanDesign |
| 28 | broudyShop | www.etsy.com/shop/broudyShop |
| 29 | ChitchatStudio | www.etsy.com/shop/ChitchatStudio |
| 30 | CloudsHomeDecor | www.etsy.com/shop/CloudsHomeDecor |
| 31 | CuentoMio | www.etsy.com/shop/CuentoMio |
| 32 | CyanMagentaShop | www.etsy.com/shop/CyanMagentaShop |
| 33 | DesigneriaLounge | www.etsy.com/shop/DesigneriaLounge |
| 34 | DesiredBirthday | www.etsy.com/shop/DesiredBirthday |
| 35 | DinoCraftStore | www.etsy.com/shop/DinoCraftStore |
| 36 | Dulcesdisenostuxtla | www.etsy.com/shop/Dulcesdisenostuxtla |
| 37 | eadPrints | www.etsy.com/shop/eadPrints |
| 38 | EatMeEdibleImages | www.etsy.com/shop/EatMeEdibleImages |
| 39 | eniladesigns | www.etsy.com/shop/EnilaDesigns |
| 40 | FaynaInna | www.etsy.com/shop/FaynaInna |
| 41 | FIESTASCANCHERAS | www.etsy.com/shop/FIESTASCANCHERAS |
| 42 | GiftandPartySupplies | www.etsy.com/shop/GiftandPartySupplies |
| 43 | GumballCandy | www.etsy.com/shop/GumballCandy |
| 44 | HappyCraftsPL | www.etsy.com/shop/HappyCraftsPL |
| 45 | HappyMomentsFashion | www.etsy.com/shop/HappyMomentsFashion |
| 46 | HeyNaNaNa | www.etsy.com/shop/HeyNaNaNa |
| 47 | Indiemyprint | www.etsy.com/shop/Indiemyprint |
| 48 | INFANSLT | www.etsy.com/shop/INFANSLT |
| 49 | KywiDesign | www.etsy.com/shop/KywiDesign |
| 50 | Laminasymas | www.etsy.com/shop/Laminasymas |
| 51 | lilgreenrhinoau | www.etsy.com/shop/lilgreenrhinoau |
| 52 | LMDesingsAccessories | www.etsy.com/shop/LMDesingsAccessories |
| 53 | LolaBellaPrintsStore | www.etsy.com/shop/LolaBellaPrintsStore |
| 54 | LolaMarleys | www.etsy.com/shop/LolaMarleys |
| 55 | LulusPartyStore | www.etsy.com/shop/LulusPartyStore |
| 56 | MarvelousVinylWall | www.etsy.com/shop/MarvelousVinylWall |
| 57 | Messaggidicarta | www.etsy.com/shop/Messaggidicarta |
| 58 | MillyRoseCreations | www.etsy.com/shop/MillyRoseCreations |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 59 | Mimamanui | www.etsy.com/shop/Mimamanui |
| 60 | MoonheadCreations | www.etsy.com/shop/MoonheadCreations |
| 61 | MugsAndSpoonsShop | www.etsy.com/shop/MugsAndSpoonsShop |
| 62 | NanaVicsDigitals | www.etsy.com/shop/NanaVicsDigitals |
| 63 | PersonaliseYourParty | www.etsy.com/shop/PersonaliseYourParty |
| 64 | PineappleandCoDesign | www.etsy.com/shop/PineappleandCoDesign |
| 65 | PrintableTime | www.etsy.com/shop/PrintableTime |
| 66 | SaeriOLshop | www.etsy.com/shop/SaeriOLshop |
| 67 | SerafinaLisa | www.etsy.com/shop/SerafinaLisa |
| 68 | SerenityID | www.etsy.com/shop/SerenityID |
| 69 | StrausBoo | www.etsy.com/shop/StrausBoo |
| 70 | SunshineInvitatons1 | www.etsy.com/shop/SunshineInvitatons1 |
| 71 | SweetLabShop | www.etsy.com/shop/SweetLabShop |
| 72 | TaylorCreations18 | www.etsy.com/shop/TaylorCreations18 |