AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of IL__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21-cv-00386 | DATE FILED<br>1/22/2021 | U.S. DISTRICT COURT<br>Northern District of IL |
|---|---|---|
| PLAINTIFF<br>XYZ Corporation | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | See attached |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Roberto Perez | DATE<br>1/25/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO. 1:21-CV-00386 <br><br> **FILED UNDER SEAL** |

# EXHIBIT 1 TO THE COMPLAINT

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                         **TRADEMARK REGISTRATIONS**

---

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,986,001**

**Registered June 28, 2016**

**Int. Cls.: 3, 9, 16, 18, 21, 24, 25, 28, 29, 30 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

ENTERTAINMENT ONE UK LIMITED (UNITED KINGDOM LIMITED COMPANY (LTD.))
45 WARREN STREET
LONDON W1T 6AG
UNITED KINGDOM

FOR: CLEANING PREPARATIONS FOR THE TEETH; DENTIFRICES; DENTIFRICES IN THE FORM OF CHEWING GUM; NON-MEDICATED MOUTHWASHES; TEETH CLEANING LOTIONS; TOOTH PASTE; FRAGRANCE PREPARATIONS; PERFUMES; TOILET WATERS; SHOWER GELS; SOAP FOR PERSONAL USE; LIQUID SOAPS; BATH OIL; BATH SALTS; BUBBLE BATH; FOAM BATH; BODY SPRAYS; DEODORANTS FOR PERSONAL USE; AFTER SUN CREAMS; BABY LOTIONS; BABY POWDERS; BODY CREAMS; COLD CREAMS; DAY SKIN CREAMS; FACE CREAMS; HAND CREAMS; LIP BALM; SKIN MOISTURISERS; SKIN CREAMS; SUN SCREEN; SUN-BLOCK LOTIONS; SUNSCREEN CREAMS; WATERPROOF SUNSCREEN; BABY SHAMPOO; SHAMPOOS; SOAP POWDER; SHOE POLISH; AIR FRAGRANCING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY NEWSLETTERS, MAGAZINES, IN THE FIELD OF CHILDREN'S ENTERTAINMENT; ELECTRONIC PUBLICATIONS, NAMELY NEWSLETTERS, MAGAZINES, IN THE FIELD OF CHILDREN'S ENTERTAINMENT, RECORDED ON COMPUTER MEDIA; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE PUBLICATIONS, NAMELY, NEWSLETTERS, MAGAZINES, IN THE FIELD OF CHILDREN'S ENTERTAINMENT; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; ANIMATED FILMS FEATURING CHILDREN'S ENTERTAINMENTS; AUDIO RECORDINGS FEATURING SONGS AND MOVIE SOUNDTRACKS; AUDIO VISUAL RECORDINGS FEATURING CHILDREN'S TV SERIES AND MOVIES; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE DIGITAL MUSIC PROVIDED FROM A COMPUTER DATABASE OR THE INTERNET; DOWNLOADABLE DIGITAL MUSIC PROVIDED FROM MP3 INTERNET WEB SITES; DOWNLOADABLE GRAPHICS FOR MOBILE PHONES; DOWNLOADABLE IMAGE FILES CONTAINING ANIMATED CARTOON CHARACTERS; DOWNLOADABLE MUSIC FILES; ELECTRONIC PUBLICATIONS RECORDED ON COMPUTER MEDIA, NAMELY NEWSLETTERS, MAGAZINES, IN THE FIELD OF CHILDREN'S ENTERTAINMENT; MOTION PICTURE FILMS ABOUT ANIMATED CHILDREN CHARACTERS; AUDIO RECORDINGS FEATURING MUSIC; MUSICAL RECORDINGS IN THE FORM OF DISCS; MUSICAL VIDEO RECORDINGS; PRE-RECORDED DVDS FEATURING MUSIC; PRE-RECORDED VIDEO TAPES FEATURING ANIMATED CARTOON MOVIES; PRE-RECORDED VIDEO DISK, TAPES,

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                                                             **TRADEMARK REGISTRATIONS**

**Reg. No. 4,986,001** FEATURING ANIMATED CARTOON MOVIES; DVDS FEATURING RECORDED ANIMATED CARTOON MOVIES; DOWNLOADABLE WEEKLY PUBLICATIONS IN ELECTRONIC FORM FROM THE INTERNET, NAMELY NEWSLETTERS, MAGAZINES, IN THE FIELD OF ANIMATED CARTOONS; COMPUTER GAME SOFTWARE DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK; COMPUTER GAME SOFTWARE; CHILDREN'S EDUCATIONAL SOFTWARE; COMPUTER PROGRAMS FOR VIDEO AND COMPUTER GAMES; GAMES SOFTWARE; VIDEO AND COMPUTER GAME PROGRAMS; COMPUTER MEMORIES; BLANK USB FLASH DRIVES; APPARATUS FOR REPRODUCTION OF SOUND; DIGITAL AUDIO PLAYERS; EAR PHONES; HEADSETS FOR COMPUTERS, TELEPHONES; HEADPHONES; CHAINS FOR SUNGLASSES; FRAMES FOR SUNGLASSES; CLIP-ON SUNGLASSES; BICYCLE HELMETS; PROTECTION HELMETS FOR SPORTS; RIDING HELMETS; SPORTS HELMETS; CYCLISTS' GLASSES; GLASSES FOR SPORTS; GOGGLES FOR SPORTS; SKI GOGGLES; COMPUTER GAME SOFTWARE FOR USE ON MOBILE AND CELLULAR PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GRAPHIC PRINTS; COMIC MAGAZINES; GENERAL FEATURE MAGAZINES; PRINTED PERIODICALS IN THE FIELD OF CARTOONS; BAGS, ENVELOPES, AND POUCHES OF PAPER OR PLASTICS, FOR PACKAGING; BALL PENS; CASES FOR PENCILS; CASES FOR PENS; COLOUR PENCILS; FELT PENS; INK PENS; PEN HOLDERS; PEN CASES; PEN BOXES; PENS; ROLLER BALL PENS; CORRECTING PENCILS; ERASERS; INK ERASERS; PENCIL ERASERS; ALBUMS FOR STICKERS; PHOTO ALBUMS; SCRAP BOOKS; BOOK COVERS; BIRTHDAY BOOKS; BABY BOOKS; DRAWING BOOKS; BOOKS FOR CHILDREN; PAINTING BOOKS; PICTURE BOOKS; POP-UP CHILDREN'S BOOKS; CHILDREN'S BOOKS INCORPORATING AN AUDIO COMPONENT; DINNER MATS, NAMELY, PLACE MATS OF CARDBOARD; DINNER MATS, NAMELY, PLACE MATS OF PAPER; DISPOSABLE NAPKINS; DRYING TOWELS OF PAPER; FACIAL TISSUE; HAND TOWELS OF PAPER; KITCHEN PAPER; MATS OF PAPER FOR DRINKING GLASSES; PAPER BANNERS; PAPER FACE TOWELS; PAPER HAND-TOWELS; PAPER NAPKINS; PAPER PLACE MATS; PAPER SERVIETTES; PAPER TABLE COVERS; PAPER TABLE LINEN; PAPER TABLE MATS; PAPER TABLE NAPKINS; PAPER TISSUES; PAPER TOWELS; DISPOSABLE PAPER WIPES NOT IMPREGNATED WITH CHEMICALS OR COMPOUNDS; PLACARDS OF PAPER; PLACE CARDS; POCKET HANDKERCHIEFS OF PAPER; SERVIETTES OF PAPER; TISSUES OF PAPER; TOWELS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER; ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS, HARNESS AND SADDLERY; BEACH UMBRELLAS; UMBRELLAS FOR CHILDREN; BABY BACKPACKS; BELT BAGS; BRIEFCASES; CARRYALLS; DUFFLE BAGS; HUNTERS' GAME BAGS; HANDBAGS; HOLDALLS; INFANT CARRIERS WORN ON THE BODY; LEATHER BAGS; LEATHER CASES; LUGGAGE; PURSES; RUCKSACKS; SCHOOLBAGS; SPORTS BAGS; SUITCASES; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD OR KITCHEN CONTAINERS; COMBS AND BATH SPONGES; BRUSHES EXCEPT PAINT BRUSHES, NAMELY HAIR BRUSHES; ARTICLES FOR CLEANING PURPOSES, NAMELY CLEANING CLOTH; GLASSWARE, PORCELAIN AND EARTHENWARE, NAMELY BEVERAGE GLASSWARE, MUGS; BATH BRUSHES; DRINKING STRAWS; DRINKING GLASSES; PLASTIC CUPS; DENTAL FLOSS; TOOTH BRUSHES; ELECTRIC TOOTHBRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY TEXTILE FABRICS FOR THE MANUFACTURE OF CLOTHING; BED COVERS AND TABLE COVERS IN THE NATURE OF TEXTILE TABLECLOTHS, PLASTIC TABLE COVERS; HAND TOWELS OF TEXTILE; INDIVIDUAL PLACE MATS MADE OF TEXTILE; KITCHEN TOWELS; PLASTIC PLACE MATS; SERVIETTES OF TEXTILE; PLASTIC TABLE COVERS; TEA TOWELS; TEXTILE TABLE NAPKINS; TEXTILE PLACE MATS; VINYL PLACE MATS; BED BLANKETS; BED COVERS; BED SHEETS; CHILDREN'S BLANKETS; COVERLETS; COVERS FOR CUSHIONS; CUSHION COVERS; MATTRESS COVERS; PILLOW CASES; QUILTS; SLEEPING BAG

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                                                                                     **TRADEMARK REGISTRATIONS**

**Reg. No. 4,986,001**    LINERS; TRAVELING RUGS; TRAVELLING BLANKETS; BATH LINEN, EXCEPT CLOTHING; BEACH TOWELS; BATH TOWELS; CHILDREN'S TOWELS; HOODED TOWELS; LARGE BATH TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: HEADWEAR; BATHING CAPS; CAPS WITH VISORS; GOLF CAPS; RAIN HATS; SUN HATS; SWIMMING CAPS; CLOTHING, NAMELY T-SHIRTS, JACKETS, DRESSES; ANOR-AKS; ATHLETIC CLOTHING, NAMELY , SHIRTS, PANTS, JACKETS, FOOTWEAR, HATS AND CAPS, ATHLETIC UNIFORMS; BABIES' CLOTHING, NAMELY ROMPER SUITS; BATH ROBES; BATHING COSTUMES; BEACH CLOTHES, NAMELY BATHING COSTUMES, BATHINGS SHORTS; BIKINIS; BLOUSES; BLOUSONS; BODY SUITS; BOXER SHORTS; BRIEFS; CAPES; CLOAKS; COATS; DRESSES; GOWNS; JEANS; KNICKERS; KNITWEAR, NAMELY KNITWEAR JACKETS; NIGHTWEAR; OVERALLS; OVERCOATS; PANTS; PY-JAMAS; PONCHOS; RAIN COATS; SKIRTS; SOCKS; SPORTSWEAR, NAMELY, JACKETS, JERSEYS, PANTS, SHIRTS, VESTS, SINGLETS, COATS, SHORTS, SWEATSHIRTS, T-SHIRTS; STOCKINGS; SWEATSHIRTS; T-SHIRTS; UNDERWEAR; WIND COATS; SHOES; SANDALS; RAIN BOOTS; SPORTS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: WATER WINGS; SWIMMING BELTS; SWIMMING BOARDS; AMUSEMENT PARK RIDES; ACTION FIGURE TOYS; ACTION TOYS, NAMELY ELECTRONIC ACTION TOYS; BABY RATTLES; BABY SWINGS; BABY PLAYTHINGS, NAMELY BABY MULTIPLE ACTIVITY TOYS; TOY NAMELY BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN; VIDEO GAME APPARATUS, NAMELY VIDEO GAME MACHINES, VIDEO GAME JOYSTICKS; ELECTRONIC HAND-HELD GAME UNITS; GAMES ADAPTED FOR USE WITH TELEVISION RECEIVERS; HAND-HELD ELECTRONIC GAME CONSOLES; HANDHELD COMPUTER GAME CONSOLES; GAMES AND PLAYTHINGS, NAMELY DOLLS; BUILDING GAMES; BOARD GAMES; CARD GAMES; BALLS FOR GAMES; BOARDS FOR PLAYING BOARD GAMES; PORTABLE GAMES WITH LIQUID CRYSTAL DISPLAYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME, NOT LIVE; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS; MILK; MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR AND PREPARATIONS MADE FROM CEREALS, NAMELY, BREAKFAST CEREALS; BREAD; PASTRY; CONFECTIONERY, NAMELY CANDY; ICES; HONEY; TREACLE; YEAST, BAKING-POWDER; SALT; MUSTARD; VINEGAR; SAUCES BEING CONDIMENTS; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS AND OTHER NON-ALCOHOLIC BEVERAGES, NAMELY SOFT DRINKS; FRUIT BEVERAGES AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY FRUIT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

THE MARK CONSISTS OF THREE COSTUMED CHILDREN ABOVE THREE EMBLEMS. THE FIRST BOY IS WEARING A GREEN COSTUME WITH A TAIL AND RIDGES ON THE HEAD AND HAS A BEIGE FACE, WHITE AND BLACK MOUTH, AND WHITE, BLACK, AND GREEN EYES AND IS ABOVE A GREEN EMBLEM CONSISTING OF THE TOP POR-TION OF A FACE WITH A BLUE OUTLINE AND WHITE EYES. THE SECOND BOY IS WEARING A BLUE COSTUME WITH EARS AND A TAIL AND HAS A BEIGE FACE, WHITE AND BLACK MOUTH, AND WHITE, BLACK, AND BLUE EYES AND IS ABOVE A BLUE EMBLEM CONSISTING OF THE TOP PORTION OF A FACE. THE THIRD GIRL IS WEARING A MAGENTA COSTUME WITH WINGS WITH A BEIGE FACE, WHITE AND BLACK MOUTH, AND WHITE, BLACK, AND MAGENTA EYES AND IS ABOVE A MAGENTA EMBLEM CONSISTING OF THE TOP PORTION OF A FACE WITH A BLUE OUTLINE.

PRIORITY DATE OF 4-16-2015 IS CLAIMED.

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                           **TRADEMARK REGISTRATIONS**

**Reg. No. 4,986,001**    OWNER OF INTERNATIONAL REGISTRATION 1274037 DATED 4-20-2015, EXPIRES 4-20-2025.

THE COLOR(S) BLACK, WHITE, GREEN, BLUE, MAGENTA AND BEIGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-176,510, FILED 4-20-2015.

KRISTINA MORRIS, EXAMINING ATTORNEY

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                                     **TRADEMARK REGISTRATIONS**

# United States of America
## United States Patent and Trademark Office

# PJ Masks

**Reg. No. 4,815,385**
**Registered Sep. 22, 2015**
**Int. Cls.: 16, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

ENTERTAINMENT ONE UK LIMITED (UNITED KINGDOM LTD.)
45 WARREN STREET
LONDON W1T 6AG
UNITED KINGDOM

FOR: PAPER; CARDBOARD; GOODS MADE FROM PAPER OR CARDBOARD, NAMELY, BOXES, CARTONS, STORAGE CONTAINERS; PHOTOGRAPHIC PRODUCTS, NAMELY, PHOTOGRAPHIC PRINTS; PRINTED MATTER, NAMELY, PAMPHLETS, BOOKS, NEWS-PAPERS, PERIODICALS, MAGAZINES, BROCHURES, CATALOGUES AND PROMOTIONAL PAMPHLETS, ALL IN THE FIELD OF CHILDREN'S ENTERTAINMENT; BOOK BINDING MATERIALS; SHEET MUSIC; TELEPHONE CALLING CARDS AND CREDIT CARDS, WITHOUT MAGNETIC CODING; CHROMOLITHOGRAPHS; PHOTOGRAPHS; PICTURES; GRAPHIC REPRESENTATIONS; MANUALS IN THE FIELD OF INSTRUCTIONAL MATH; POSTERS; GREETING CARDS; POSTCARDS; PICTURE CARDS; TRANSFERS AND STICKERS; PHOTOGRAPH ALBUMS; COLLECTORS' ALBUMS IN THE NATURE OF STAMP ALBUMS; STATIONERY PRODUCTS, NAMELY, ENVELOPES; ADHESIVE TAPES FOR HOUSEHOLD DECORATION AND STATIONERY PURPOSES; ARTISTS' MATERIALS, NAMELY, MOLDS FOR MODELING CLAYS; DRAWING, PAINTING AND MODELLING GOODS, NAMELY, PALETTES FOR PAINTING, PENCILS FOR PAINTING, MODELING CLAY, MOULDS FOR MODELLING CLAY; DRAWING AND PAINTING IMPLEMENTS, NAMELY, SQUARE RULERS; PAINTBRUSHES; ADHESIVES AND ADHESIVE STRIPS FOR STATIONERY OR HOUSEHOLD PURPOSES; TYPEWRITERS; OFFICE REQUISITES, NAMELY, RUBBER BANDS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF CHILDREN'S EDUCATION; DIARIES; CALENDARS; BOOKMARKS; KITCHEN TOWELS OF PAPER; PAPER TOWELS; GEOGRAPHICAL MAPS; MAPS; BEER MATS, NAMELY, COASTERS OF PAPER OR CARDBOARD; ADDRESS STAMPS; LOOSE-LEAF BINDERS FOR OFFICE USE; PAPER FILE JACKETS; PAPER NAPKINS; SHEETS OF RECLAIMED CELLULOSE FOR WRAPPING; FILTER PAPER; PAPER AND CARDBOARD CONTAINERS; PAPER AND CARDBOARD POUCHES FOR PACKAGING; PAPER AND CARDBOARD BAGS FOR PACKAGING; ABSORBENT SHEETS OF PAPER FOR FOODSTUFF PACKAGING; PLASTIC BAGS, FILM FOR PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; LETTER OPENERS OF PRECIOUS METAL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, TIES, PANTS, SWEATERS, JACKETS, COATS, SHORTS, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, UNDERSHIRTS, UNDERWEAR,

ENTERTAINMENT ONE UK LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                                                                                                        **TRADEMARK REGISTRATIONS**

**Reg. No. 4,815,385** SOCKS, PAJAMAS, VESTS, SCARVES, GLOVES; FOOTWEAR; HEADWEAR; LEATHER BELTS; BOLO TIES WITH PRECIOUS METAL TIPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, PLAYTHINGS AND TOYS, NAMELY, ROLE PLAYING GAMES, TRIVIA AND QUESTION AND ANSWER GAMES, CARD GAMES, DICE GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, HAND HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; ELECTRONIC AND NON-ELECTRONIC PUZZLES AND PUZZLE GAMES, HAND-HELD, TABLETOP, AND TRAVEL-SIZE JIGSAW PUZZLES; PLAYGROUND BALLS FOR GAMES; DOLLS AND TOYS, NAMELY, ARTICULATED AND NON-ARTICULATED DOLLS, TOY FIGURES, MODELED PLASTIC TOY FIGURINES, BENDABLE TOYS AND ACTION FIGURES; STUFFED, PLUSH, BEAN-BAG AND CLOTH TOYS; TOY COSTUME MASKS; PUPPETS; CORRUGATED PLAYHOUSES; PLAYING CARDS; ROLLER-SKATES; TOY SCOOTERS; SCALE MODEL TOY VEHICLES; WOODEN TOY VEHICLES; DIECAST TOY VEHICLES; PLAYING CARDS AND CARD GAMES; GYMNASTIC AND SPORTING ARTICLES, NAMELY, HORIZONTAL BARS; DECORATIONS FOR CHRISTMAS TREES, EXCEPT ILLUMINATION ARTICLES AND CONFECTIONERY; ACTION SKILL GAMES; ACTION FIGURES AND ACCESSORIES THEREFOR; BOARD GAMES; CARD GAMES; CHILDREN'S MULTIPLE ACTIVITY TOYS; BADMINTON SETS; BALLOONS; BASKETBALLS; BATH TOYS; BASEBALLS; BEACH BALLS; BEAN BAG DOLLS; TOY BUILDING BLOCKS; BOWLING BALLS; CHESS SETS; CHRISTMAS STOCKINGS; COLLECTABLE TOY FIGURES; CRIB MOBILES; CRIB TOYS; TOSSING DISC TOYS; DOLLS; DOLL CLOTHING; ACCESSORIES FOR DOLLS; DOLL PLAYSETS; ELECTRIC ACTION TOYS; EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES; FISHING TACKLE; GOLF BALLS; GOLF GLOVES; GOLF BALL MARKERS; HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HOCKEY PUCKS; INFLATABLE TOYS; JUMP ROPES; KITES; MAGIC TRICKS; MARBLES; MANIPULATIVE GAMES; MECHANICAL TOYS; MUSIC BOX TOYS; MUSICAL TOYS; PARLOR GAMES; PARTY GAMES; SOFT SCULPTURE TOYS; PUPPETS; ROLLER SKATES; RUBBER ACTION BALLS; SKATEBOARDS; SOCCER BALLS; SPINNING TOPS; SQUEEZE TOYS; STUFFED TOYS; TABLE TENNIS TABLES; TARGET GAMES; TEDDY BEARS; TENNIS BALLS; TOY ACTION FIGURES; TOY BUCKET AND SHOVEL SETS; TOY MOBILES; TOY VEHICLES; TOY SCOOTERS; TOY CARS; TOY MODEL HOBBYCRAFT KITS; TOY FIGURES; TOY BANKS; TOY TRUCKS; TOY WATCHES; WIND UP TOYS; YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-15-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1232296 DATED 7-16-2014, EXPIRES 7-16-2024.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 79-158,953, FILED 7-16-2014.

LYNDSEY KUYKENDALL, EXAMINING ATTORNEY