✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of IL | |
|---|---|---|
| DOCKET NO.<br>21-cv-00386 | DATE FILED<br>1/22/2021 | |
| PLAINTIFF<br><br>XYZ Corporation | | DEFENDANT<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Roberto Perez | DATE<br>1/25/2021 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | |
| PLAINTIFF, | CASE NO. 1:21-CV-00386 |
| V. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | **FILED UNDER SEAL** |
| DEFENDANTS. | |

# EXHIBIT 2 TO THE COMPLAINT

ENTERTAINMENT ONE UK LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 2**                                                        **COPYRIGHT REGISTRATIONS**

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| ☐ [1] | PJ Masks. | PJ Masks : 101, Catboy's Cloudy Crisis/Blame It on the Train, Owlette. | PA0002021147 | 2015 |
| ☐ [2] | PJ Masks. | PJ Masks : 102, Owlette and the Flash Flip Trip/Catboy and the Pogo Dozer. | PA0002014749 | 2015 |
| ☐ [3] | PJ Masks. | PJ Masks : 103, Gekko and the Super Ninjalinos. | PA0002013476 | 2015 |
| ☐ [4] | PJ Masks. | PJ Masks : 104, Catboy and the Shrinker/Owlette and the Moon-ball. | PA0002014748 | 2015 |
| ☐ [5] | PJ Masks. | PJ Masks : 105, Gekko Saves Christmas/Gekko's Nice Ice Plan. | PA0002014750 | 2015 |
| ☐ [6] | PJ Masks. | PJ Masks : 106, Catboy and the Butterfly Brigade/Owlette | PA0002014754 | 2015 |
| ☐ [7] | PJ Masks. | PJ Masks : 107, Speak Up, Gekko!/Catboy and Master Fang's Sword. | PA0002014752 | 2015 |
| ☐ [8] | PJ Masks. | PJ Masks : 108, Catboy vs. Robo-Cat/Owlette and the Giving Owl. | PA0002014753 | 2015 |
| ☐ [9] | PJ Masks. | PJ Masks : 109. | PA0002014704 | 2015 |
| ☐ [10] | PJ Masks. | PJ Masks : 110, Looking After Gekko/Catboy and the Teeny Weeny Ninjalino. | PA0002014711 | 2015 |
| ☐ [11] | PJ Masks. | PJ Masks : 111, Catboy's Tricky Ticket/Gekko and the Missing Gekko/Mobile. | PA0002014713 | 2015 |
| ☐ [12] | PJ Masks. | PJ Masks : 112, Catboy's Flying Fiasco/Gekko's Stay-at-Home-Sneezes. | PA0002014717 | 2015 |
| ☐ [13] | PJ Masks. | PJ Masks : 113, Gekko and the Mighty Moon Problem/Clumsy Catboy. | PA0002014719 | 2015 |
| ☐ [14] | PJ Masks. | PJ Masks : 115, Owlette and the Battling Headquarters/Gekko and the Mayhem at the Museum. | PA0002014732 | 2015 |
| ☐ [15] | PJ Masks. | PJ Masks : 116. | PA0002014559 | 2015 |
| ☐ [16] | PJ Masks. | PJ Masks : 117, Gekko Floats/Catboy's Two Wheeled Wonder. | PA0002014739 | 2016 |
| ☐ [17] | PJ Masks. | PJ Masks : 118, Catboy's Great Gig/Owlette's New Move. | PA0002014745 | 2016 |
| ☐ [18] | PJ Masks. | PJ Masks : 119, Supersonic Owlette/Catboy and the Sticky Splat Slingshot. | PA0002014742 | 2016 |
| ☐ [19] | PJ Masks. | PJ Masks : 120, Owlette of a Kind/Beat that Drum, Catboy. | PA0002014744 | 2016 |
| ☐ [20] | PJ Masks. | PJ Masks : 121, Catboy Squared/Gekko's Super Gekko Sense. | PA0002014721 | 2016 |
| ☐ [21] | PJ Masks. | PJ Masks, Gekko and the Mighty Moon Problem/Owlette's Feathered Friend. | PA0002014723 | 2015 |
| ☐ [22] | PJ Masks- "Catboy" (2d Character Illustration) | PJ Masks- "Catboy" (2d Character Illustration) | VA0002012133 | 2015 |
| ☐ [23] | PJ Masks- "Catboy", "Gekko", "Owlette", "Luna Girl", "Romeo", "Night Ninja", "Ninjalinos" (2d Group Shot Character Illustration) | PJ Masks- "Catboy", "Gekko", "Owlette", "Luna Girl", "Romeo", "Night Ninja", "Ninjalinos" (2d Group Shot Character Illustration) | VA0002022908 | 2015 |
| ☐ [24] | PJ Masks- "Gekko" (2d Character Illustration) | PJ Masks- "Gekko" (2d Character Illustration) | VA0002012134 | 2015 |
| ☐ [25] | PJ Masks- "Luna Girl" (2d Character Illustration) | PJ Masks- "Luna Girl" (2d Character Illustration) | VA0002012135 | 2015 |
| ☐ [26] | PJ Masks- "Night Ninja" (2d Character Illustration) | PJ Masks- "Night Ninja" (2d Character Illustration) | VA0002012131 | 2015 |
| ☐ [27] | PJ Masks- "Ninjalinos" (2d Character Illustration) | PJ Masks- "Ninjalinos" (2d Character Illustration) | VA0002012138 | 2015 |
| ☐ [28] | PJ Masks- "Owlette" (2d Character Illustration) | PJ Masks- "Owlette" (2d Character Illustration) | VA0002012136 | 2015 |
| ☐ [29] | PJ Masks- "Romeo" (2d Character Illustration) | PJ Masks- "Romeo" (2d Character Illustration) | VA0002012137 | 2015 |