**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | CASE NO.: 1:21-CV-00386 |
| PLAINTIFF, | |
| V. | JUDGE VIRGINIA M. KENDALL |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE JEFFREY COLE |
| DEFENDANTS. | **FILED UNDER SEAL** |

# SEALED EXHIBIT 3 TO THE DECLARATION OF PAUL VARLEY

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 1. IM Store



Product Page :
https://www.aliexpress.com/item/1005001581900541.html

Product ID : 1005001581900541

Seller Name : IM Store

Marketplace : AliExpress

Brand : PJ Masks

**Entertainment One UK Ltd.**        **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 2. Torkspin Store



Product Page :
https://www.aliexpress.com/item/1005001601394038.html

Product ID : 1005001601394038

Seller Name : Torkspin Store

Marketplace : AliExpress

Brand : PJ Masks

**Entertainment One UK Ltd.**        **Varley Declaration | Exhibit 3**



## 3. Karnas Shop Store



Product Page :
https://www.aliexpress.com/item/10000297295668.html

Product ID : 10000297295668

Seller Name : Karnas Shop Store

Marketplace : AliExpress

Brand : PJ Masks

Entertainment One UK Ltd.                                    Varley Declaration | Exhibit 3



**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**



# 4. Looking up to the high end Store



Product Page :
www.aliexpress.com/item/4000776331617.html

Product ID : 4000776331617

Seller Name : Looking up to the high end Store

Marketplace : AliExpress

Brand : PJ Masks



**Entertainment One UK Ltd.**                                      **Varley Declaration | Exhibit 3**

### 5. netyakala Store



| | |
|---|---|
| Product Page :<br>https://www.aliexpress.com/item/1005001552947356.html<br><br>Product ID : 1005001552947356<br><br>Seller Name : netyakala Store | Marketplace : AliExpress<br><br>Brand : PJ Masks |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 6. PartiniSec Store



| Product Page :<br>https://www.aliexpress.com/item/10000316817178.html | Marketplace : AliExpress |
|---|---|
| Product ID : 10000316817178 | Brand : PJ Masks |
| Seller Name : PartiniSec Store | |



# 7. Shop5488121 Store



Product Page :
https://www.aliexpress.com/item/10000022617646.html

Product ID : 10000022617646

Seller Name : Shop5488121 Store

Marketplace : AliExpress

Brand : PJ Masks



## 8. Shop5625291 Store



Product Page :
https://www.aliexpress.com/item/1005001678549353.html

Product ID : 1005001678549353

Seller Name : Shop5625291 Store

Marketplace : AliExpress

Brand : PJ Masks



## 9. Shop910331267 Store



Product Page :
https://www.aliexpress.com/item/4001334263984.html

Product ID : 4001334263984

Seller Name : Shop910331267 Store

Marketplace : AliExpress

Brand : PJ Masks

**Entertainment One UK Ltd.**        **Varley Declaration | Exhibit 3**



## 10. Torkspin Store



Product Page :
https://www.aliexpress.com/item/10000081250221.html

Product ID : 10000081250221

Seller Name : Torkspin Store

Marketplace : AliExpress

Brand : PJ Masks



## 11. ZorluteksHome Store



Product Page :
https://www.aliexpress.com/item/4000740092089.html

Product ID : 4000740092089

Seller Name : ZorluteksHome Store

Marketplace : AliExpress

Brand : PJ Masks



## 12. liuzhiwei1990



Product Page :
https://www.amazon.com/NuGeriAZ-Halloween-Costumes-Compatible-Superhero/dp/B07J9Z8XQ8/ref=redir_mobile_desktop

Product ID : B07J9Z8XQ8

Seller Name : liuzhiwei1990

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



## 13. NB Party



Product Page :
https://www.amazon.com/12pcs-Birthday-Party-Favors-Supplies/dp/B0882ZBZ6L/ref=sr_1_202_sspa

Product ID : B0882ZBZ6L

Seller Name : NB Party

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**        Varley Declaration | Exhibit 3

## 14. NuGeri AZ



Product Page :
https://www.amazon.com/Superhero-Masks-Costumes-Dress-Kids/dp/B07BFW37WR/ref=sr_1_153_sspa

Product ID : B07BFW37WR

Seller Name : NuGeri AZ

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**  **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**          **Varley Declaration | Exhibit 3**



## 15. PARTY SHOP LLC



Product Page :
https://www.amazon.com/Catboy-Birthday-Family-Matching-Shirts/dp/B07Q2MN58C/ref=sr_1_55_sspa

Product ID : B07Q2MN58C

Seller Name : PARTY SHOP LLC

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**       **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**      **Varley Declaration | Exhibit 3**

## 16. SaveTime



Product Page :
https://www.amazon.com/PJ-Masks-Owlette-Authentically-Licensed/dp/B01LW01ODJ/ref=sr_1_231

Product ID : B01LW01ODJ

Seller Name : SaveTime

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**  Varley Declaration | Exhibit 3



**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**



## 17. Sgxnove



Product Page :
https://www.amazon.com/Daliac-Costumes-Bracelets-Catboy-Owlette/dp/B07DCDP6LB/ref=sxin_7_ac_d_rm

Product ID : B07DCDP6LB

Seller Name : Sgxnove

Marketplace : Amazon US

Brand : PJ Masks

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 18. marvelpicture



Product Page :
https://www.ebay.com/itm/Pj-Masks-3D-Wall-Decal-Personalized-Wall-Sticker-Removable/153807352877

Product ID : 153807352877

Seller Name : marvelpicture

Marketplace : eBay USA

Brand : PJ Masks

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



## 19. vadyaincorporated



Product Page :
https://www.ebay.com/itm/Kids-Clothing/284061444554

Product ID : 284061444554

Seller Name : vadyaincorporated

Marketplace : eBay USA

Brand : PJ Masks



**Entertainment One UK Ltd.**                    Varley Declaration | Exhibit 3

## 20. 3DprintingworldUK



| | |
|---|---|
| Product Page :<br>www.etsy.com/listing/819060956/personalized-pj-masks-decoration-75 | Marketplace : Etsy |
| Product ID : 819060956 | Brand : PJ Masks |
| Seller Name : 3DprintingworldUK | |



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**        **Varley Declaration | Exhibit 3**

## 21. Alittletouchofprint



| Product Page :<br>www.etsy.com/listing/826649169/pj-masks-printed-shipped-a4-superhero<br><br>Product ID : 826649169<br><br>Seller Name : Alittletouchofprint | Marketplace : Etsy<br><br>Brand : PJ Masks |
|---|---|

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**         **Varley Declaration | Exhibit 3**

## 22. BewitchingPrintsCo



| Product Page : [www.etsy.com/listing/809867924/personalised-pj-masks-a4-laminated-kids](www.etsy.com/listing/809867924/personalised-pj-masks-a4-laminated-kids) | |
|---|---|
| | Marketplace : Etsy |
| Product ID : 809867924 | Brand : PJ Masks |
| Seller Name : BewitchingPrintsCo | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 23. BHAPPYparty



Product Page :
www.etsy.com/listing/714479856/edible-pj-masks-cake-topper-with-your

Marketplace : Etsy

Product ID : 714479856

Brand : PJ Masks

Seller Name : BHAPPYparty



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**

## 24. BlackDoveCo



Product Page :
www.etsy.com/listing/881374838/pj-masks-posters-set-of-6-pj-masks

Product ID : 881374838

Seller Name : BlackDoveCo

Marketplace : Etsy

Brand : PJ Masks



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 25. Bluediamondprints



| | |
|---|---|
| Product Page :<br>www.etsy.com/listing/814107350/set-of-6-pj-masks-pj-masks-poster-pj | |
| | Marketplace : Etsy |
| Product ID : 814107350 | Brand : PJ Masks |
| Seller Name : Bluediamondprints | |

**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 26. BOARAShop



| | |
|---|---|
| Product Page : www.etsy.com/listing/726904856/wall-decal-pj-masks-mural-kids-room | Marketplace : Etsy |
| Product ID : 726904856 | Brand : PJ Masks |
| Seller Name : BOARAShop | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**            **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**  **Varley Declaration | Exhibit 3**

## 27. BogdanDesign



| Product Page : | |
| --- | --- |
| www.etsy.com/listing/508179005/inspired-pj-masks-invitation-pj-masks | Marketplace : Etsy |
| Product ID : 508179005 | Brand : PJ Masks |
| Seller Name : BogdanDesign | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



Entertainment One UK Ltd.                                          Varley Declaration | Exhibit 3

## 28. broudyShop



broudyShop
159 sales ★★★☆☆

Pj Masks welcome sign, Pj Masks
welcome poster, Pj Masks birthday, Pj
Masks party, Pj Masks printable, Pj
Masks sign, Pj Masks decor

**$9.99+**                           ✓ In stock

Style
| Select a style ▼ |

Add your personalisation
Enter info of the party:
- Name
- Age

|  |
256

Quantity
| 1 ▼ |

| Buy it now |

| Add to basket |

Product Page :
www.etsy.com/listing/784797941/pj-masks-welcome-sign-pj-masks-welcome

Product ID : 784797941

Seller Name : broudyShop

Marketplace : Etsy

Brand : PJ Masks

**Entertainment One UK Ltd.**　　　　　　　　**Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 29. ChitchatStudio



| Product Page :<br>www.etsy.com/listing/695739453/pj-masks-gecko-birthday-invitation | |
|---|---|
| | Marketplace : Etsy |
| Product ID : 695739453 | Brand : PJ Masks |
| Seller Name : ChitchatStudio | |

**Entertainment One UK Ltd.**          **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**          **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**　　　　　　　　　**Varley Declaration | Exhibit 3**

# 30. CloudsHomeDecor



| Product Page :<br>www.etsy.com/listing/641468553/personalized-pillowcase-kids-pillow | Marketplace : Etsy |
|---|---|
| Product ID : 641468553 | Brand : PJ Masks |
| Seller Name : CloudsHomeDecor | |

**Entertainment One UK Ltd.**   **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 31. CuentoMio



| | |
|---|---|
| Product Page :<br>www.etsy.com/listing/549841111/pj-masks-treat-box-pj-masks-printable | Marketplace : Etsy |
| Product ID : 549841111 | Brand : PJ Masks |
| Seller Name : CuentoMio | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                          Varley Declaration | Exhibit 3

## 32. CyanMagentaShop



Product Page :
www.etsy.com/listing/662992510/pj-masks-photo-booth-frame-for-birthday

Product ID : 662992510

Seller Name : CyanMagentaShop

Marketplace : Etsy

Brand : PJ Masks

**Entertainment One UK Ltd.**

**Varley Declaration | Exhibit 3**





**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 33. DesigneriaLounge



| Product Page :<br>www.etsy.com/listing/805646063/pj-masks-invitations-pj-masks-party | Marketplace : Etsy |
|---|---|
| Product ID : 805646063 | Brand : PJ Masks |
| Seller Name : DesigneriaLounge | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



Entertainment One UK Ltd.                    Varley Declaration | Exhibit 3

## 34. DesiredBirthday



| | |
|---|---|
| Product Page : www.etsy.com/listing/615271734/pj-masks-invitation-pj-masks-birthday | Marketplace : Etsy |
| Product ID : 615271734 | Brand : PJ Masks |
| Seller Name : DesiredBirthday | |

**Entertainment One UK Ltd.**                                    Varley Declaration | Exhibit 3



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 35. DinoCraftStore



Product Page :
www.etsy.com/listing/674514624/pj-masks-costume-pj-masks-catboy-costume

Product ID : 674514624

Seller Name : DinoCraftStore

Marketplace : Etsy

Brand : PJ Masks

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 36. Dulcesdisenostuxtla



| | |
|---|---|
| Product Page : www.etsy.com/listing/839005953/pj-masks-video-invitation-pj-masks | Marketplace : Etsy |
| Product ID : 839005953 | Brand : PJ Masks |
| Seller Name : Dulcesdisenostuxtla | |

**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**　　　　　　　　　　**Varley Declaration | Exhibit 3**

## 37. eadPrints



Product Page :
www.etsy.com/listing/618387294/pj-masks-invitation-pj-masks-birthday

Product ID : 618387294

Seller Name : eadPrints

Marketplace : Etsy

Brand : PJ Masks



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**  **Varley Declaration | Exhibit 3**

# 38. EatMeEdibleImages



| | |
|---|---|
| Product Page : www.etsy.com/listing/599107735/pj-masks-print-your-own-invitation | Marketplace : Etsy |
| Product ID : 599107735 | Brand : PJ Masks |
| Seller Name : EatMeEdibleImages | |

**Entertainment One UK Ltd.**  **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**          **Varley Declaration | Exhibit 3**



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

## 39. eniladesigns



| Product Page :<br>https://www.etsy.com/ca/listing/680787392/heroes-pj-masks-inspired-machine | Marketplace : Etsy |
|---|---|
| Product ID : 680787392 | Brand : PJ Masks |
| Seller Name : eniladesigns | |



**Entertainment One UK Ltd.**                    **Varley Declaration | Exhibit 3**

