**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ Corporation, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified On Schedule A, <br><br> Defendants. | Case No.: 1:21-cv-00386 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Jeffrey Cole |

### PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS

Plaintiff, XYZ Corporation ("Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*; and, the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: January 25, 2021          Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***