UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships And Unincorporated Associations Identified On Schedule A,<br><br>Defendants. | Case No.: 1:21-cv-00386<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery; Motion for Electronic Service of Process; and, Motion for Leave to File Under Seal (collectively, the "Motions").

Pursuant to the Eighth Amended General Order 20-0012, Plaintiff has not noticed the Motions for a hearing. Plaintiff is filing this notice for case tracking purposes only. Plaintiff is of the opinion that its Motions can be decided based on its written submissions. However, Plaintiff can be available remotely if requested by the Court.

DATED: January 25, 2021

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 25, 2021, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan