## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK, LTD., | |
| PLAINTIFF, | CASE NO.: 1:21-CV-00386 |
| V. | JUDGE VIRGINIA M. KENDALL |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE JEFFREY COLE |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, with leave to reinstate within ninety (90) days, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT NAME |
|---|---|
| 49 | KywiDesign |
| 53 | LolaBellaPrintsStore |
| 54 | LolaMarleys |
| 13 | NB party |
| 16 | TheCanvasArtStore |

Dated: March 30, 2021     Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 30, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter