UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK, LTD. <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-00386 <br><br> JUDGE VIRGINIA M. KENDALL <br><br> MAGISTRATE JUDGE JEFFREY COLE |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 30, 2021 [37], in favor of the Plaintiff, Entertainment One UK, Ltd. ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of six hundred thousand dollars ($600,000) per Defaulting Defendant for willful use of counterfeit and infringing PJ Masks Trademarks and Copyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| NO. | DEFENDANT |
|---|---|
| 51 | lilgreenrhinoau |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

| | |
|---|---|
| DATED: June 17, 2021 | Respectfully submitted,<br><br>*/s/ Alison Carter*<br>Ann Marie Sullivan<br>Alison Carter<br>Sofia Quezada<br>AM Sullivan Law, LLC<br>1440 W. Taylor St., Suite 515<br>Chicago, Illinois 60607<br>Telephone: 224-258-9378<br>E-mail:  akc@amsullivanlaw.com<br><br>***ATTORNEYS FOR PLAINTIFF*** |